No. —, original. GEORGIA v. MORGENTHAU, SECRETARY OF THE TREASURY, ET AL. October 21, 1935. A rule is ordered to issue returnable on Monday, November 11, next, requiring the defendants to show cause why leave to file the Bill of Complaint should not be granted.

No. 485. SECESH DREDGING, MINING & MILLING CO., INC. v. CARREY ET AL. Jurisdictional statement submitted October 19, 1935. Decided October 28, 1935. *Per Curiam:* The appeal herein is dismissed for the want of jurisdiction. Section 237 (a), Judicial Code, as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari, as required by § 237 (c), Judicial Code, as amended (43 Stat. 936, 938), the petition is denied. *Messrs. Samuel Herrick* and *S. S. Bassett* for appellant. *Mr. James F. Ailshie, Jr.,* for appellees.